JULIUS LORA and FRANCESCO RISSO, Appellants, v. LOUIS DORA, Respondent.

APPEAL from a judgment in favor of the defendant, rendered in the Municipal Court of the City of New York, borough of Manhattan, third district.

John Palmieri, for appellants.

William C. Timm, for respondent.

Per Curiam. This case presents only the question of fact whether the goods, which were the subject of the action, were sold at a new price or subject to a discount. The justice found in favor of the latter contention and accordingly, upon testimony amply warranting his conclusion, found in favor of the defendant. The judgment should be affirmed.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment affirmed, with costs to the respondent.

---

JOHN F. SIERICHS, as Administrator, Etc., of HENRY SIERICHS, Deceased, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE Co., Appellant.

APPEAL from a judgment in favor of the plaintiff rendered in the Municipal Court of the City of New York, borough of Manhattan, eleventh district.

Leonard J. Langbein, for appellant.

Thomas Gilleran, for respondent.

*Per Curiam.* It appearing affirmatively by the record that the defendant is a foreign corporation, we are constrained, under the recent decision of this court in the case of Rieser v. Parker & Co., 27 Misc. Rep. 205, to reverse the judgment for the reason that no jurisdiction was vested in the Municipal Court.

Judgment reversed, with costs to the appellant.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed, with costs.